

JULIUS A THOMAS
116-05 221 STREET CAMBRIA HEIGHTS
JAMAICA NEW YORK 11411-1610
1{347}303-0737
*Mailing address: Po box 960063
 Inwood ny 11096-0063

IN THE UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

JULIUS A THOMAS

**12 CV 6957**

PLAINTIFF,

Vs

CASE NO._____/

JUDGE _____/

RJM ACQUISITION LLC,

TRIAL BY JURY DEMANDED

DEFENDANT          COMPLAINT

_____/

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violation of the fair credit reporting Act (FCRA) U.S.C. § 1681p et seq. §1681b Unauthorized access to Plaintiff credit report.

### JURISDICTION

2) The court has jurisdiction under 15 U.S.C. § 1681p and 28 U.S.C. § 1331

3) ALL condition precedent to the bringing of this action have been performed

### PARTIES

4) THE Plaintiff in this lawsuit is Mr. JULIUS A THOMAS: a natural person who resides in the state Jamaica queens new York.

5) THE Defendant in this lawsuit is director of Operations, Jamie Rozansky at RJM ACQUISITIONS LLC office location 575 Underhill blvd Suite 224 Syosset ny 11791

### VENUE

6) THE Occurrences which give rise to this action occurred in new York state which the Plaintiff Mr. JULIUS THOMAS resides in new York state.

7) Venue is proper in the Southern District of new York.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT DEBT COLLECTOR, L.L.C.

1) §- Permissible purposes of consumer reports 15 U.S.C. § 1681b non.

2) § 1 681b(e)- Unauthorized access to MR. JULIUS A THOMAS credit report

3) § 807. False an misleading representation the defendant used against the Plaintiff. 15 u.s.c § 1692e

4) §1692b RJM ACQUISITION LLC had contacted plaintiff MR JULIUS THOMAS AS Third party indicating language of symbol of debt collection business which is a violation under the [FDCPA]plaintiff received at hand.

5) § 606. Disclosure of investigative 15U.S.C § 1681d consumer reports which RJM ACQUISITION LLC had obtained by pulling credit from Plaintiff

6) § 805. Communication in connection with debt collection 15 USC 1692c
This act was don without express permission of a court of competent Jurisdiction.

7) § 1681n if someone obtain a report using false pretenses or without permissible purpose then actual damages or whichever is grater.
Wherefor MR. JULIUS A THOMAS: demages judgment for damages
In the amount of $1,000 for the costs of violations.

### DEMAND FOR JURY TRIAL

MR. JULIUS A THOMAS hereby demands a trial by jury of all issues as Tribal as matter of law.

Respectfully submitted this 13 / 9 / 2012

Signature : _____

Po Box 960063
Inwood NY 11096-0063